# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KELVIN WELLS AND ON BEHALF
OF TREASURE WELLS, BETHANY
WELLS, PATRICK WELLS

NO.   2021 CW 1530

VERSUS

KELDA PRICE WELLS

**FEBRUARY 25, 2022**

---

In Re:     Kelvin Wells, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 24892-24.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.** This writ application fails to comply
with Uniform Rules of Louisiana Courts of Appeal, Rules 4-
5(C)(6).   Relator failed to include a copy of the judgment,
order, or ruling at issue.

   Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

   If relator seeks to file a new application with this court,
it must contain all pertinent documentation, the missing items
noted above, and must comply with Uniform Rules of Louisiana
Courts of Appeal, Rule 2-12.2.   Any new application must be
filed on or before March 11, 2022 and must contain a copy of
this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT